1

2

3

4

5

6

7

8

9         UNITED STATES BANKRUPTCY COURT
          WESTERN DISTRICT OF WASHINGTON AT SEATTLE
10

11    In re                                    Case No. 21-11757-CMA

12    MARK CONRAD WOLF

13        Debtor.

14

15

16    EDMUND J. WOOD, solely in his            Adversary Proceeding No. 22-01003-CMA
      capacity as Chapter 7 Trustee for MARK
17    CONRAD WOLF,                              ORDER DISMISSING ADVERSARY
                                                PROCEEDING WITH PREJUDICE
18        Plaintiff.

19    vs.

20    MARK CONRAD WOLF; the STATE OF
      WASHINGTON; the INTERNAL
21    REVENUE SERVICE; BANK OF
      AMERICA, N.A.; LARRY A. JOHNSON;
22    WASHINGTON STATE DEBT
      ACQUISITION LLC, a Washington
23    limited liability company, as successor-in-
      interest to FD 2011-C1 HOOD RETAIL,
24    LLC, an Oregon limited liability company;
      and RENTON COLLECTIONS, INC., a
25    Washington corporation,

26        Defendants.


ORDER DISMISSING ADVERSARY PROCEEDING
WITH PREJUDICE - 1

GROSHONG LAW PLLC
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

1       This matter came before the Court on the motion of Edmund J. Wood, chapter 7

2  trustee ("Trustee") for Mark Conrad Wolf and plaintiff in the above-captioned adversary

3  proceeding, seeking entry of an order dismissing the adversary proceeding, with prejudice

4  [Dkt. # 113] (the "Motion").  The Court having read the Motion, the declaration of Geoffrey

5  Groshong in support of the Motion [Dkt. # 114], the notice of hearing on the Motion

6  [Dkt. # 115], any responses to the Motion, any replies in support of the Motion, and the files and

7  records herein; it appearing to the Court that notice of Motion is adequate and proper in the

8  circumstances of this case; and that good cause exists to grant the Motion; now, therefor,

9       IT IS HEREBY ORDERED, as follows:

10       1.     The Motion is granted.

11       2.     The above-captioned adversary proceeding is dismissed, with prejudice.

12       / / /  End of Order  \ \ \

13  Presented by:

14  GROSHONG LAW PLLC

15

16  */s/ Geoffrey Groshong*
     Geoffrey Groshong
17  WSB No. 6124

18     Attorneys for Edmund J. Wood
     Plaintiff and Chapter 7 Trustee
19

20

21

22

23

24

25

26

ORDER DISMISSING ADVERSARY PROCEEDING
WITH PREJUDICE - 2

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON  98101